# EXHIBIT "B"

| | |
|---|---|
| **From:** | Velvel (Devin) Freedman |
| **To:** | Aiman, Dan |
| **Subject:** | RE: OJ Commerce v. Ashley Furniture -- Requested Information (For Settlement Purposes Only) |
| **Date:** | Wednesday, April 18, 2018 7:20:38 PM |
| **Attachments:** | image001.png |
| | image002.png |

Dan,

I've discussed this with my client who agreed to hold off on filing until 4/20 so you can consult with your management when they return from the furniture show. That said, if we don't have a substantive response by then, OJ Commerce will file a lawsuit as described in our demand.

Thanks,
-Vel

**Velvel (Devin) Freedman**
Counsel

**BOIES SCHILLER FLEXNER LLP**

100 SE 2ND Street Suite 2800
Miami, FL 33131
(t) +1 305 357 8438
(m) +1 305 753 3675
vfreedman@bsfllp.com
www.bsfllp.com

---

**From:** Velvel (Devin) Freedman
**Sent:** Thursday, April 05, 2018 5:02 PM
**To:** 'Daiman@ashleyfurniture.com'
**Subject:** OJ Commerce v. Ashley Furniture -- Requested Information (For Settlement Purposes Only)

Dan,

Many thanks for your call yesterday. For the avoidance of doubt, these communications and emails are still for settlement purposes only. The figures laid out below are not to be taken as a comprehensive statement of OJC's damages, and they certainly do not include any amounts for lost opportunities, consequential or special damages, claims for damages to goodwill, reputation, punitive damages, attorneys' fees, etc.

With that out of the way, I've had a chance to connect with my client over the issues we discussed. You were right on the figures being retail v. wholesale. The accurate numbers are:

| | Merchandise Cost | Retail Sales |
|---|---|---|
| **2016** | $3,928,850.26 | $5,981,027.23 |
| **2017** | $2,862,436.61 | $4,132,341.36 |

Second, after discussions with my client, it's important to understand that from 2013-2017 OJC

was only selling non-LTL Ashley products. Ashely sales representatives, however, constantly told OJC that LTL products constitute 60-65% of Ashley's sales. Thus, OJC undertook the costs detailed below with the expectation that their historic sales numbers would double or triple once they began offering Ashley's LTL product line. To help understand why it cost so much to undertake the revisions, additions, programing, and marketing OJC undertook, I have provided specific data on the amount of Ashley products OJC listed, updated, and marketed in 2017 and 2018.

| Dates | Ashley Item Count |
|---|---|
| New Products Added in 2017 | 1,568 |
| Existing Products Updated in 2017 | 4,602 |
| Existing Products Updated in 2018 | 4,102 |
| New Products Added in 2018 | 518 |

In sum, to facilitate the expected 100-200% increase in sales, OJC undertook significant marketing/programming efforts. In response to your request that we break down the expenses a bit more, I've enclosed a high level overview of how OJC spent the $462K in reliance on Ashley's representations. The categories below include hard expenses as well as the cost of hours spent by OJC personnel in implementing the Ashley product line as discussed in my 3/26/18 letter.

| Category | Amount |
|---|---|
| Item Setup | $ 95,562.90 |
| Graphics Work | $ 49,281.45 |
| Marketplaces Setup & Verification | $ 47,281.45 |
| Merchandising Team | $ 30,854.30 |
| Keyword research | $ 16,427.15 |
| Competitive analysis | $ 14,580.00 |
| SEO | $ 13,239.98 |
| Affiliate updates | $ 13,196.08 |
| PPC Setup | $ 12,427.15 |
| Marketing Banners | $ 9,256.29 |
| e-Mail Marketing Campaigns | $ 6,436.25 |
| | $ 308,543.00 |

| ATP & LTL Integration | Amount |
|---|---|
| Programming Hours | $ 59,444.85 |
| Consulting firm | $ 49,555.15 |
| Project Manager | $ 17,323.09 |
| Server Setup & Licenses | $ 12,196.42 |
| QA | $ 9,480.49 |
| Training Customer service | $ 6,271.00 |
| | $ 154,271.00 |

As can be seen from the figures above, these costs undertaken by OJC only constituted 11% of 2017 retail sales, and a mere 3.7% - 5.5% of the expected sales figures in 2018.

Finally, after discussing the business economics with OJC, they would prefer to resolve this dispute through a business solution that's mutually beneficial to Ashley and OJC. Historically they have performed very well for Ashley and believe that with an agreement in place to resolve this dispute and proper direction on Ashley's new distribution strategy, they can continue to be one of Ashley's most successful vendors. Let me know if Ashley is open to a more creative settlement than simply reimbursement for damages – and we'll put a proposal together. If not, we will proceed as before.

It was nice speaking with you yesterday. I look forward to continued discussions.

-Vel

**Velvel (Devin) Freedman**
Counsel

## BOIES SCHILLER FLEXNER LLP

100 SE 2ND Street Suite 2800
Miami, FL 33131
(t) +1 305 357 8438
(m) +1 305 753 3675
vfreedman@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]