UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OJ COMMERCE, LLC,

        Plaintiff,                                  Case No.: 18-cv-61185-UU

vs.

ASHLEY FURNITURE INDUSTRIES, INC.

        Defendants
_____/

**<u>PLAINTIFF OJ COMMERCE LLC'S CORPORATE DISCLOSURE STATEMENT</u>**

Plaintiff, OJ COMMERCE, LLC hereby files its corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1, and states that it has no parent corporation, and that there are no publicly traded companies owning 10% or more of Plaintiff's membership interest.

Dated June 13, 2018                            Respectfully submitted,

                                                          By:  *s/ Velvel (Devin) Freedman*
                                                             Velvel (Devin) Freedman, Esq.
                                                             Florida Bar No. 99762
                                                             BOIES SCHILLER FLEXNER LLP
                                                             100 S.E. 2nd Street, Suite 2800
                                                             Miami, FL 33131
                                                             Tel: 305-539-8400
                                                             Fax: 305-539-1307
                                                             E-Mail: vfreedman@bsfllp.com

                                                             Shlomo Y. Hecht, Esq.
                                                             SHLOMO Y. HECHT, P.A.
                                                             11651 Interchange Cir. S.
                                                             Miramar, FL 33025
                                                             Tel: 954-861-0025
                                                             Fax: 615-413-6404
                                                             Email: Sam@hechtlawpa.com

                                                             ***Counsel for Plaintiff, OJ Commerce LLC***

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 13, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which served all counsel of record.

                                                        *s/ Velvel (Devin) Freedman*
                                                          Velvel (Devin) Freedman