UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OJ COMMERCE, LLC, ) <br> ) <br> *Plaintiff,* ) <br> vs. ) <br> ) <br> ASHLEY FURNITURE INDUSTRIES, INC. ) <br> ) <br> *Defendants.* ) <br> _____ ) | Case No.: 0:18-cv-61185-UU |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, OJ Commerce, LLC ("OJC") hereby files its Response to Defendant, Ashley Furniture Industries, Inc.'s ("Ashley") Motion to Dismiss, and states:

1. On June 1, 2018, Ashley filed its Motion to Dismiss Complaint [D.E. 7].

2. While not agreeing to the substance of Ashley's Motion, a portion of Ashley's arguments were well taken and OJC will be filing its amended complaint within the 21 days provided by Fed. R. Civ. P. 15(a)(1)(B).

Dated June 15, 2018                    Respectfully submitted,

By: *s/ Velvel (Devin) Freedman*
      Velvel (Devin) Freedman, Esq.
      Florida Bar No. 99762
      BOIES SCHILLER FLEXNER LLP
      100 S.E. 2nd Street, Suite 2800
      Miami, FL 33131
      Tel: 305-539-8400
      Fax: 305-539-1307
      E-Mail: vfreedman@bsfllp.com

      Shlomo Y. Hecht, Esq.
      SHLOMO Y. HECHT, P.A.
      11651 Interchange Cir. S.
      Miramar, FL 33025
      Tel: 954-861-0025

Fax: 615-413-6404
Email: Sam@hechtlawpa.com

*Counsel for Plaintiff, OJ Commerce LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 15, 2018 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman

## SERVICE LIST

Mitchell E. Widom
Raquel M. Fernandez
**BILZIN SUMBERG BAENA PRICE
& AXELROD LLP**
1450 Brickell Ave, Suite 2300
Miami, Florida 33131
mwidom@bilzin.com
rfernandez@bilzin.com
eservice@bilzin.com