## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-61185-UU

OJ COMMERCE, LLC,

    Plaintiff,

v.

ASHLEY FURNITURE INDUSTRIES, INC.,

    Defendant.

_____/

## ORDER

THIS CAUSE is before the Court upon the Court's Order on Defendant's Motion to Dismiss. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. As the Court has dismissed all of Plaintiff's claims with prejudice, it will administratively close the case. Accordingly, it is

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers, Miami, Florida, this _18th_ day of September, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record