UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OJ COMMERCE, LLC,                )<br>                                                      )<br>         *Plaintiff,*                          )<br>vs.                                             )<br>                                                      )<br>ASHLEY FURNITURE INDUSTRIES, INC.   )<br>                                                      )<br>         *Defendants.*                      )<br>_____)  | Case No.: 0:18-cv-61185-UU |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY
IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION**

Plaintiff, in accordance with Fed. R. Civ. 6(b), moves for a 6-day extension of time to file its Reply in support of its motion for reconsideration (DE 29). Defendant does not oppose the relief requested herein.

1. On June 18, 2018, Plaintiff filed its Amended Complaint. On July 2, 2018, Defendant moved to dismiss. On September 18, 2018 this Court granted Defendant's motion to dismiss with prejudice.

2. On October 17, 2018, Plaintiff timely moved for reconsideration. Defendant responded on October 30, 2018. Plaintiff's reply is currently due on November 6, 2018.

3. Federal Rule of Civil Procedure 6(b) provides that the Court may provide an extension of time for good cause. To that end, Plaintiff's counsel is set for an arbitration trial on November 6, 2018, *i.e.,* the same day Plaintiff is required to file its reply.

4. Counsel has diligently tried to meet this Court's deadline despite this scheduling conflict, but preparing for trial has made this impossible. Thus, it appears the only way for Plaintiff to meet this deadline now would be to involve additional counsel unfamiliar with the facts and legal issues in this matter, which would prejudice Plaintiff.

5.      For the forgoing reasons, Plaintiff requests a limited 6-day extension of time to file its opposition, up to and including November 12, 2018.

6.      In accordance with S.D. Fla. L.R. 7.1(a)(3), Velvel Freedman conferred with counsel for Defendant, Mitchell Widom, Esq., who does not oppose the relief requested herein. Further Defendant will not be prejudiced by the relief requested, which is not being sought for the purpose of delay.

7.      In accordance with S.D. Fla. L.R. 7.1(a)(2), Plaintiff has filed a proposed order as **Exhibit 1** and will email the proposed order to the Court as prescribed by CM/ECF Administrative Procedure §3I(6).

WHEREFORE, Plaintiff respectfully requests this Court grant a 6-day extension of time, up to and including November 12, 2018, for Plaintiff to file a reply in support of its Motion for Reconsideration.

## S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Plaintiff conferred with counsel for Defendant and Defendant does not oppose the relief requested.

Dated November 1, 2018

Respectfully submitted,

By: *s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
Florida Bar No. 99762
BOIES SCHILLER FLEXNER LLP
100 S.E. 2nd Street, Suite 2800
Miami, FL 33131
Tel: 305-539-8400
Fax: 305-539-1307
E-Mail: vfreedman@bsfllp.com

*Counsel for Plaintiff, OJ Commerce LLC*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on November 1, 2018 with the Clerk of Court using CM/ECF which caused a copy to be served on all counsel of record.

*s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman